### 3868.   BOYD *v.* THE STATE.

RUSSELL, J.   The dwelling-house of a landlord is not the place of business of a cropper, in the contemplation of the act of 1910 , (Ga. Laws, 1910, p. 134), which prohibits one from carrying around a pistol without a license "outside of his own home or place of business."   Especially is this true where it affirmatively appears that the cropper did not live in the house with his landlord, but lived in a different dwelling.   The verdict of guilty was fully authorized.                *Judgment affirmed.*
DECIDED JANUARY 30, 1912.

Accusation of carrying pistol without license; from city court of LaGrange—Judge Harwell.   November 2, 1911.

*M. U. Mooty,* for plaintiff in error.

*Henry Reeves, solicitor,* contra.

---

### 3876.   SEWELL *v.* THE STATE.

POTTLE, J.   The evidence was sufficient to authorize the verdict.   The alleged newly discovered evidence was merely cumulative and impeaching in its character, and the court did not abuse its discretion in overruling the motion for a new trial.                *Judgment affirmed.*
DECIDED JANUARY 30, 1912.

Indictment for bigamy; from Coweta superior court—Judge R. W. Freeman.   November 13, 1911.

*J. C. Newman,* for plaintiff in error.

*J. R. Terrell, solicitor-general,* contra.